UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. 3:11CR

MARI LEIGH CHILDS

FILED 12/15/2011
DAVID CREWS, CLERK
BY _____ DEPUTY

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. **GUILTY PLEA**: The defendant agrees to waive Indictment and plead guilty under oath to Counts One and Two of an Information. Count One charges that the defendant did knowingly and willfully make or cause to be made, or use or cause to be used, in a matter within the jurisdiction of a department or agency of the United States, one or more false writings or documents knowing the same to contain a materially false, fictitious, or fraudulent statement or entry, in violation of Title 18, United States Code, Section 1001(a)(3). Said charge carries maximum possible penalties of imprisonment for not more than 5 years, not more than a $250,000 fine or both, supervised release of not more than 1 year, and a mandatory $100 special assessment. Count Two charges that the defendant did knowingly fail to establish and maintain records, make reports, install, use and maintain monitoring equipment, and sample effluents as required by the Clean Water Act and the regulations promulgated thereunder, in violation of Title 33, United States Code, Sections 1318(a)(4)(A) and 1319(c)(2)(A). Said charge carries maximum possible penalties of imprisonment for not more than 3 years, a fine of not less than $5000 nor more than $50,000 per day of violation or a fine of not more than $250,000, whichever is greater, or both a fine and incarceration,

[handwritten annotation: KJP MLC 3 years Ron]

supervised release of not more than 1 year, and a mandatory $100 special assessment.

2. **OTHER CHARGES**: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charges.

3. **RESTITUTION.** The defendant understands that the Court may order restitution in accordance with the provisions of 18 U.S.C. § 3663 for all offenses committed and specifically agrees that restitution is not limited to the count of conviction.

4. **OTHER AUTHORITIES**: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

5. **ACKNOWLEDGMENTS**: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty of the charges.

This the 3rd day of October, 2011.

_____
FELICIA C. ADAMS
UNITED STATES ATTORNEY

AGREED AND CONSENTED TO:                APPROVED:

_____               _____
MARI LEIGH CHILDS                       KEVIN PAYNE, ESQ.
Defendant                               Attorney for Defendant